JENNIFER Y. LIU (State Bar No. 164618)
SONY COMPUTER ENTERTAINMENT AMERICA INC.
919 East Hillsdale Boulevard, 3rd Floor
Foster City, California 94404
Telephone: (650) 655-8000
Facsimile: (650) 655-8042
Email: Jennifer_Liu@Playstation.Sony.com

Corporate Counsel for:
SONY COMPUTER ENTERTAINMENT AMERICA INC.

FILED

FEB 2 3 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD J. CHEN, an individual d/b/a Howie's Hi-Tech Games, and ICHUAN SHEN CHEN, an individual d/b/a Anime Video Games,<br><br>Defendants. | Case No. 3:02-cv-03144 PJH<br><br>[~~PROPOSED~~] ORDER TO RELEASE FUNDS PREVIOUSLY DEPOSITED INTO THE REGISTRY OF THE COURT |

## ORDER

WHEREAS, Plaintiff in the above-titled matter, Sony Computer Entertainment America Inc. v. Chen, et al., Case No. 3:02-cv-03144-PJH, sought and obtained from this Court a temporary restraining order, entered by the Honorable Vaughn R Walker, on July 3, 2002;

WHEREAS, the temporary restraining order was contingent upon the Plaintiff filing a bond in the amount of $1,000;

WHEREAS, Plaintiff, Sony Computer Entertainment America Inc. filed a bond on July 3, 2002, by depositing in the Court's registry the amount of $1,000;

WHEREAS, On October 2, 2003, the Court terminated the above-titled case pursuant to a consent judgment entered into by the parties;

THEREFORE, litigation in this matter having long since been resolved and there is no pending claim against the bond;

IT IS ORDERED THAT, pursuant to 28 U.S.C. § 2042, the sum of $1,000 together with all interest earned on that sum from the date of deposit, be released from the Court's registry to Sony Computer Entertainment America Inc.

Dated: February 23, 2010

Honorable Phyllis J. Hamilton
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA INC., | Case Number: CV02-03144 PJH |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CHEN et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jennifer Yongsan Liu
Sony Computer Entertainment America Inc.
919 East Hillsdale Blvd.
Suite 300
Foster City, CA 94404

Dated: February 23, 2010

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk