FILED
FEB 2 3 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JENNIFER Y. LIU (State Bar No. 164618)
   SONY COMPUTER ENTERTAINMENT AMERICA INC.
2  919 East Hillsdale Boulevard, 3rd Floor
   Foster City, California 94404
3  Telephone:   (650) 655-8000
   Facsimile:   (650) 655-8042
4  Email:       Jennifer_Liu@Playstation.Sony.com

5  Corporate Counsel for:
   SONY COMPUTER ENTERTAINMENT AMERICA INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA INC., a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>HOWARD J. CHEN, an individual d/b/a Howie's Hi-Tech Games, and ICHUAN SHEN CHEN, an individual d/b/a Anime Video Games,<br><br>Defendants. | Case No. 3:02-cv-03144 PJH<br><br>[PROPOSED] ORDER TO RELEASE FUNDS PREVIOUSLY DEPOSITED INTO THE REGISTRY OF THE COURT |

## ORDER

WHEREAS, Plaintiff in the above-titled matter, Sony Computer Entertainment America Inc. v. Chen, et al., Case No. 3:02-cv-03144-PJH, sought and obtained from this Court a temporary restraining order, entered by the Honorable Vaughn R Walker, on July 3, 2002;

WHEREAS, the temporary restraining order was contingent upon the Plaintiff filing a bond in the amount of $1,000;

WHEREAS, Plaintiff, Sony Computer Entertainment America Inc. filed a bond on July 3, 2002, by depositing in the Court's registry the amount of $1,000;

WHEREAS, On October 2, 2003, the Court terminated the above-titled case pursuant to a consent judgment entered into by the parties;

1  THEREFORE, litigation in this matter having long since been resolved and there is no
2  pending claim against the bond;
3  IT IS ORDERED THAT, pursuant to 28 U.S.C. § 2042, the sum of $1,000 together with all
4  interest earned on that sum from the date of deposit, be released from the Court's registry to Sony
5  Computer Entertainment America Inc.

7  Dated: _February 23_, 2010

_____
Honorable Phyllis J. Hamilton
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA INC., | Case Number: CV02-03144 PJH |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CHEN et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jennifer Yongsan Liu
Sony Computer Entertainment America Inc.
919 East Hillsdale Blvd.
Suite 300
Foster City, CA 94404

Dated: February 23, 2010

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk